IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN S. BRIAND,

    Plaintiff,

v.        4:06cv104-WS

STATE OF FLORIDA, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 16) docketed May 30, 2006.  The magistrate judge recommends that the plaintiff's complaint and this action be dismissed.  The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint, and this action, are hereby DISMISSED for failure to comply with a court order and to submit payment of the assessed initial partial filing fee.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this July 10, 2006.

                <u>s/ William Stafford</u>
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE